IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CURTIS E. LINDSLEY,

    Petitioner,

v.

WISCONSIN CIRCUIT COURT BRANCH 8
BROWN COUNTY, GREEN BAY, WI, et al.

    Respondent.

ORDER

Case No. 15-cv-361-wmc

    Petitioner Curtis E. Lindsley, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than July 6, 2015.

    Federal law does not permit a court to waive a prisoner's entire obligation to pay filing fees, but it does allow a qualifying individual to proceed without prepaying some or all of the filing fee. To determine whether petitioner qualifies as indigent, any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately December 9, 2014 through the date of the petition, June 9, 2015.

ORDER

    IT IS ORDERED that:

    1. Petitioner Curtis E. Lindsley, may have until July 6, 2015, to pay the $5 filing fee or submit a motion for leave to proceed without prepayment of the filing fee

along with a certified copy of his inmate trust fund account statement for the six-month period from the date of the habeas petition (June 9, 2015 through at least December 9, 2014).

2. If petitioner fails to pay the $5 filing fee or submit a motion for leave to proceed without prepayment of the filing fee along with a certified copy of his inmate trust fund account statement by July 6, 2015, this case will be dismissed without further notice.

Entered this 15th day of June, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge