IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CURTIS E. LINDSLEY,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 15-cv-361-slc

MICHAEL MEISNER, Warden,
Redgranite Correctional Institution,

    Respondent.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Curtis E. Lindsley for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

| /s/ | 2/4/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |